TB

Oct 10, 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 17-20716-CR-UNGARO/O'SULLIVAN
CASE NO. _____

18 U.S.C. § 371
18 U.S.C. § 641
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

CARL ANDRE GUILLAUME and
PAUL PIERRE DELATOUR,

        Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Commit an Offense Against the United States
### (18 U.S.C. § 371)

From on or about June 17, 2017, and continuing through on or about September 27, 2017, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendants,

**CARL ANDRE GUILLAUME and
PAUL PIERRE DELATOUR,**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and with others unknown to the Grand Jury, to commit an offense against the United States, that is, to knowingly receive, conceal, and retain, with the intent to convert to their use and gain, money and a thing of value of the United States and a department and agency thereof, the aggregate amount of which exceeded $1,000, that is, a United States Department of Treasury tax refund check,

knowing the tax refund check to have been stolen, purloined, and converted in violation of Title 18, United States Code, Section 641.

## PURPOSE AND OBJECT OF THE CONSPIRACY

1. It was the purpose and object of the conspiracy for the defendants and their co-conspirators to unjustly enrich themselves by obtaining a tax refund check issued to another and depositing this check without the lawful payee's knowledge or permission.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and their co-conspirators sought to accomplish the purpose and object of this conspiracy included, among other things, the following:

2. The conspirators, including **CARL ANDRE GUILLAUME**, obtained a tax refund check issued to a trust fund, "K.B." EX TR "J.O." SR TTEE ("K.B. Trust"), without the trustee's knowledge or authority.

3. **CARL ANDRE GUILLAUME** opened three bank accounts in the name of K.B. Trust.

4. The conspirators, **CARL ANDRE GUILLAUME** and **PAUL PIERRE DELATOUR**, deposited the tax refund check issued to K.B. Trust in one of the newly-opened bank accounts.

5. The conspirators, **CARL ANDRE GUILLAUME** and **PAUL PIERRE DELATOUR**, wrote and cashed checks payable to themselves, which checks were drawn on the K.B. Trust checking account.

## OVERT ACTS

In furtherance of the conspiracy, and to accomplish its object and purpose, at least one conspirator committed and caused to be committed, in the Southern District of Florida, at least one of the following overt acts, among others:

1. On or about June 20, 2017, **CARL ANDRE GUILLAUME** opened three Bank of America ("BOA") bank accounts under the name K.B. Trust.

2. To open the three bank accounts, **CARL ANDRE GUILLAUME** presented corporation documents for K.B. Trust to BOA, which had been filed with the State of Florida in June 2017.

3. On or about June 23, 2017, **CARL ANDRE GUILLAUME** deposited a tax refund check issued to K.B. Trust in the amount of $133,008.00 at a BOA Branch Office located at 701 Brickell Avenue, Miami, Florida 33131-2813. He deposited the check into a BOA account ending in 6666.

4. On or about June 23, 2017, **CARL ANDRE GUILLAUME** cashed a check drawn on BOA account ending in 6666. The check listed **GUILLAUME** as the payee and was for a total of $1,050.00.

5. On or about June 23, 2017, **CARL ANDRE GUILLAUME** wrote a check to payee **PAUL PIERRE DELATOUR** in the amount of $4,400.00, drawn on BOA account ending in 6666.

6. On or about June 23, 2017, **PAUL PIERRE DELATOUR** withdrew $460.00 in cash from BOA account ending in 6666.

7. On or about June 26, 2017, **PAUL PIERRE DELATOUR** cashed a check from BOA account ending in 6666 in the amount of $4,400.00.

8. On or about June 30, 2017, **CARL ANDRE GUILLAUME** wrote a check payable to himself in the amount of $8,500.00, drawn on BOA account ending in 6666.

9. On or about June 30, 2017, **CARL ANDRE GUILLAUME** cashed a check from BOA account ending in 6666 in the amount of $8,500.00.

10. On or about June 30, 2017, **CARL ANDRE GUILLAUME** wrote a check payable to **PAUL PIERRE DELATOUR** in the amount of $3,760.00, drawn on BOA account ending in 6666.

11. On or about June 30, 2017, **PAUL PIERRE DELATOUR** cashed a check from BOA account ending in 6666 in the amount of $3,760.00.

12. On or about July 3, 2017, **CARL ANDRE GUILLAUME** wrote a check to payee **PAUL PIERRE DELATOUR** in the amount of $6,800.00, drawn on account ending in 6666.

13. On or about June 30, 2017, **PAUL PIERRE DELATOUR** cashed a check from BOA account ending in 6666 in the amount of $3,760.00.

14. On or about July 3, 2017, **CARL ANDRE GUILLAUME** wrote a check payable to himself in the amount of $9,650.00, drawn on account ending in 6666.

15. On or about July 3, 2017, **CARL ANDRE GUILLAUME** cashed a check from BOA account ending in 6666 in the amount of $9,650.00.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
**Theft of Government Money**
**(18 U.S.C. § 641)**

On or about June 23, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**CARL ANDRE GUILLAUME and**
**PAUL PIERRE DELATOUR,**

4

did knowingly and willfully receive, conceal, and retain, with the intent to convert to their use and gain, money and a thing of value of the United States and a department and agency thereof, the aggregate amount of which exceeded $1,000, that is, a United States Department of Treasury tax refund check, knowing the tax refund check to have been stolen, purloined, and converted in violation of Title 18, United States Code, Section 641 and 2.

## FORFEITURE ALLEGATIONS

1. The allegations in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which each of the defendants, **CARL ANDRE GUILLAUME** and **PAUL PIERRE DELATOUR**, has an interest.

2. Upon conviction of any violation of Title 18, United States Code, Section 641, or a conspiracy to violate this section, as alleged in the Indictment, the defendants shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

3. The property subject to forfeiture includes, but is not limited to $133,008.00 in United States currency, which sum represents proceeds traceable to the charged offenses, including the following amounts that remain in various BOA accounts:

| Account Number | Amount |
| --- | --- |
| XXXX-XXXX-6666 | $22,435.37 |
| XXXX-XXXX-6640 | $14,850.00 |
| XXXX-XXXX-6653 | $16,890.00 |

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c); and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

*[signature]*
BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

*[signature]*
YENEY HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | |
| CARL ANDRE GUILLAUME and PAUL PIERRE DELATOUR, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant.      / | **Superseding Case Information:** |

**Court Division:** (Select One)

- [✓] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New Defendant(s)   Yes [ ]   No [ ]
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect _____

4. This case will take   2-3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days   [✓]
   - II  6 to 10 days
   - III 11 to 20 days
   - IV  21 to 60 days
   - V   61 days and over

   (Check only one)
   - Petty   [ ]
   - Minor   [ ]
   - Misdem. [ ]
   - Felony  [✓]

6. Has this case been previously filed in this District Court?   (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No.   17-mj-03314
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   September 27, 2017 (Guillaume)
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes [ ]   No [✓]

_____
YENEY HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. No. A5502111

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** CARL ANDRE GUILLAUME

**Case No:** _____

Count #: 1

Conspiracy to Commit an Offense Against the United States

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Count #: 2

Theft of Government Money

Title 18, United States Code, Section 641

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:** PAUL PIERRE DELATOUR

**Case No:** _____

Count #: 1

Conspiracy to Commit an Offense Against the United States

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Count #: 2

Theft of Government Money

Title 18, United States Code, Section 641

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**